**Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00272-CV

_____

**BENJAMIN K. SANCHEZ, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED
CERTIFICATES, SERIES 2006-OPT4, HOMEWARD
RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE
SERVICING, INC., AND REAL TIME RESOLUTIONS, INC.,**
**Appellees**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-06133**

# O R D E R

Appellant's brief was due August 22, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **October 4, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM